FRANK GALE, Respondent, v. FROST-ANDERSON SALES COMPANY, INC., Appellant.

*Contracts — action to recover price of used car — motion by plaintiff for summary judgment — contract is ambiguous — question of fact presented for jury — motion denied.*

Appeal from an order of the Supreme Court, made at the Onondaga Trial Term and entered in the Onondaga county clerk's office on October 5, 1925, striking out defendant's answer and granting plaintiff summary judgment, and also from the judgment entered on the same day pursuant to said order.

PER CURIAM: The plaintiff construes the contract as meaning that he is entitled to $750 as the purchase price of the Star car. The phrase " sale price of his Star car of not less than $750.00 is to be refunded " does not require such construction as matter of law. It may mean that the plaintiff shall be entitled to a payment only in case defendant has resold the car, implying that if the car has not been resold, the car itself is to be returned. If the clause is ambiguous, and we incline to think it is ambiguous, its construction depends on the intention of the parties and a substantial question of fact is presented. (*Lamb* v. *Norcross Bros. Co.*, 208 N. Y. 427; *Braxton* v. *Mendelson*, 233 id. 122.) However, if the phrase is deemed not to be ambiguous, but to be properly construed as entitling the plaintiff to the sum of money only in case of a resale by the defendant, the plaintiff is not entitled to summary judgment, (a) because the complaint fails to allege a cause of action on such theory; and (b) because on the affidavits themselves the plaintiff's *prima facie* proof of a sale is overcome, at least sufficiently to raise a question of fact as to whether or not there had been a resale of the Star car.

The judgment should be reversed, with costs, the order vacated, and the motion denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. All concur. Judgment and order reversed on the law, with costs, and motion denied, with ten dollars costs.